IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

| Frances L. Hilbert | ) | Chapter: 13 |
| | ) | |
| | ) | Case Number: 5-15-02399 |
| | ) | Adversary Number: 5-15-00120 |
| | ) | |
| DEBTOR(S) | ) | |

CERTIFICATE OF SERVICE

    I certify that I am more than 18 years of age and that on August 25, 2015, I served a copy of Complaint to Determine the Validity and Extent of a Mortgage Lien Under 11 U.S.C. Section 506(d) and 11 U.S.C. Section 1322(b)(2), Summons and Certificate of Service on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| **J. Brandon Black, CEO**<br>**Midland Funding, LLC**<br>**8875 Aero Drive**<br>**Suite 200**<br>**San Diego, CA 92123** | **First Class Mail**<br>**Postage Pre-Paid** |
| **Charles J. DeHart, III, Esquire**<br>**8125 Adams Dr., Suite A**<br>**Hummelstown, PA 17036** | **First Class Mail**<br>**Postage Pre-Paid** |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 25, 2015    Name: /s/Tullio DeLuca
    (*Printed Name of Attorney*)
    Address: 381 N. 9th Street
    Scranton, PA 18504
    570-347-7764